WARD v. PITT COUNTY MEMORIAL HOSPITAL

No. 753P86.

Case below: 81 N.C. App. 521.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.

WHITE v. FLEET FINANCE AND MORTGAGE, INC.

No. 709P86.

Case below: 83 N.C. App. 541.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.